UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,                                            :
:
:
Plaintiff,                                                         :
:  23-CV-9572 (JMF)
-v-                                                                :
:  ORDER
:
JOHN DOE, subscriber assigned IP address                           :
151.204.156.54,                                                    :
:
Defendant.                                                         :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's November 16, 2023 Order, Plaintiff was required to "submit to the Court, every 60 days from the Date of this Order until Defendant files an answer or otherwise responds to the Complaint, a status update in the form of a letter of not more than two pages." ECF No. 9, at 2.  The Order further cautioned that "[f]ailure to submit such letters in a timely manner may result in the dismissal of this action for failure to prosecute." *Id.* at 2.  Plaintiff filed status letters on January 16, 2024, ECF No. 10, and March 15, 2024, ECF No. 11, but sixty days have now passed since its last letter with no new filing.  As a courtesy, the deadline for Plaintiff's next status letter is hereby EXTENDED, *nunc pro tunc*, to **May 20, 2024**.  Failure to meet this deadline may result in sanctions, including dismissal of this action.

      SO ORDERED.

Dated: May 16, 2024  
       New York, New York  
                                                JESSE M. FURMAN  
                                                United States District Judge